UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINESH SINGH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FARENHEIM, Warden,<br><br>　　　　　Respondent. | No. 2:19-cv-01550 MCE GGH P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations. ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 22, 2019, (ECF No. 11) are ADOPTED in full;

2. The motion to stay (ECF No. 8) is DENIED;

3. The petition for writ of habeas corpus is DISMISSED without prejudice as premature. 2253; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE